Kline et al. *v.* Harrisburg et al., Appellants.

Argued June 24, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

440

442

444

446

450

*Spencer G. Hall,* City Solicitor, with him *James S. Bowman,* Assistant City Solicitor and *Shelley & Reynolds,* for appellants.

*George H. Hafer,* with him *George Ross Hull, Arthur H. Hull, William H. Wood, Robert L. Rubendall* and *Hull, Leiby & Metzger,* for appellees.

OPINION BY MR. CHIEF JUSTICE MAXEY, June 25, 1949:

On this Twenty-fifth day of June, 1949, it is ordered that the decree of the court below in the above entitled case be affirmed on the opinion of Judge ROBERT E. WOODSIDE. The appellant will pay its own costs and the appellees will pay their own costs.